CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>      Plaintiff,<br>v.<br><br>TRANENTE ONE LLC, a California Limited Liability Company; and Does 1-10,<br><br>      Defendants. | **Case:** 4:20-CV-06181-YGR<br><br>**ORDER GRANTING**<br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice** |

**PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendant Tranente One LLC, a California Limited Liability Company, has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: November 8, 2020

CENTER FOR DISABILITY ACCESS

By:   /s/Amanda Seabock

Amanda Seabock
Attorney for Plaintiff

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

Dated: November 12, 2020